## AFFIDAVIT

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019.  Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my 17-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property.  I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCELS:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for two United States Postal Service (USPS) Priority Mail Express (PME) parcels.  The first parcel has tracking number EI 057 854 655 US with $28.75 in postage, postmarked from Tucson, Arizona on March 13, 2023.  It has a return address of "Rita Burr, 591 N. 3rd Ave, Tucson, AZ 85705" and is addressed to "Atwood Auctions Online, 245 Main St #2, Thomaston, ME 04861".  The

article consists of a white, USPS PME flat rate envelope, measuring approximately 12" x 9 and weighs approximately 3 ounces. It is hereafter referred to as "SUBJECT PARCEL 1".

3. The second parcel has tracking number EI 057 854 664 US with $29.45 in postage, postmarked from Tucson, Arizona on March 15, 2023. It has a return address of "Rita Jones, 6904 Cottontail Dr, Tucson, AZ 85756" and is addressed to "Atwood Online Auctions, 245 Main St #2, Thomaston, ME 04861". The article consists of a white, USPS PME flat rate envelope, measuring approximately 12" x 9 and weighs approximately 1 pound and 7.7 ounces. It is hereafter referred to as "SUBJECT PARCEL 2".

**BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM:**

4. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southern Arizona international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States, primarily to the large metropolitan areas in the eastern United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

5. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona and California, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious

characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

   a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

   b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

   c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

   d. The postage was paid by means which leave no trail identifying the mailer.

6. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

7. On March 13, 2023, during interdiction activities in Tucson, Arizona, I was made aware SUBJECT PARCEL 1 was mailed at the Tucson Main Post Office. On March 15, 2023, during interdiction activities in Tucson, Arizona, I was made aware SUBJECT PARCEL 2 was mailed from the Mission Station Post Office in Tucson, Arizona.

8. On March 16, 2023, I contacted the Thomaston Post Office and requested SUBJECT PARCEL 1 and SUBJECT PARCEL 2 be sent to me in Tucson for further examination.

9. On March 16, 2023, I received images of SUBJECT PARCEL 1 and SUBJECT PARCEL 2, and I learned the following:

   a. They were mailed from Tucson, Arizona, which is an area I know to be a source area for narcotics.

   b. They had a tracking number. From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

   c. They were paid for in cash.

   d. There were no telephone numbers written on the mailing label for SUBJECT PARCEL 2.

   e. There were telephone numbers written on the mailing label for SUBJECT PARCEL 1.

10. On March 16, 2023, I called the phone number listed on SUBJECT PARCEL 1 for the sender, which was written as 520-399-7677. This phone number answered to MedAvail Technologies.

11. On March 16, 2023, I called the phone number listed on SUBJECT PARCEL 1 for the receiver, which was written as 207-701-9988. This phone number was not in-service.

12. On March 16, 2023, I conducted a "Google Search" of Atwood Auctions Online and did not yield any results for Thomaston, Maine.

13. On March 17, 2023, I received SUBJECT PARCEL 1 and SUBJECT PARCEL 2 at my office.

14. On March 17, 2023, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on SUBJECT PARCEL 1 and SUBJECT PARCEL 2. Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes. There were no current records associating the sender or receiver with the corresponding addresses listed on SUBJECT PARCEL 1 and SUBJECT PARCEL 2.

15. On March 17, 2023, I utilized USPS databases to learn the return address on SUBJECT PARCEL 2 was fictious.

16. Canine Examination:

    a. On March 17, 2023, at approximately 9:51 a.m., I met with Supervisory Border Patrol Agent Canine Handler Karl Tyler and his canine partner Timi. Agent Tyler's canine is trained and certified to detect the odors of marijuana, heroin, cocaine, methamphetamine and their derivatives. I placed SUBJECT PARCEL 1 and SUBJECT PARCEL 2 individually in a cleared area for examination by Agent Tyler and Timi. Agent Tyler informed me that Timi alerted to SUBJECT PARCEL 1 and SUBJECT PARCEL 2, indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

17. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 and SUBJECT PARCEL 2 contain controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of 21 U.S.C. § 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

18. This affidavit is submitted for the limited purpose of seeking authorization to search SUBJECT PARCEL 1 and SUBJECT PARCEL 2. Your Affiant has not set forth each and every fact known to him regarding the investigation.

*William P. Akins*
_____
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
this 17th day of March, 2023

_____
Eric J. Markovich
United States Magistrate Judge